## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABRAHAM STERN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>RJM ACQUISITIONS, LLC  and JOHN DOES 1-25,<br><br>Defendants. | Civil Action Number:<br>3:15-cv-01450-PGS-DEA |

### NOTICE OF VOLUNTARY DISMISSAL

Whereas no party has filed an Answer to the Complaint filed in this action, the Plaintiff hereby voluntarily dismisses this action against Defendants RJM ACQUISITIONS, LLC  and JOHN DOES 1-25, and discontinues his claims against the Defendants in the above-captioned matter, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:          August 19, 2016          /s/ Yitzchak Zelman
                                          Yitzchak Zelman, Esq. (YZ5857)
                                          MARCUS & ZELMAN, P.C.
                                          1500 Allaire Avenue, Suite 101
                                          Ocean, New Jersey 07712
                                          Phone:    (732) 695-3282
                                          *Attorney for the Plaintiff*

SO ORDERED: Peter M Almond

DATED: 8/24/16